IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:    Randale Lamar Washington &    Chapter 13
         Angela Sherise Washington,    Case No. 19-10023
         Debtor(s)

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will not pay less than ____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows: _____

☒ Change valuation(s) as follows: Dick Smith Auto Sales LLC (claim 12) secured 1,569.39 w/ 6.5%.

☐ Allow/Modify/Disallow claims as follows: _____

☐ Other: _____

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This 2 day of July, 2019.

Chapter 13 Trustee/Attorney for
Huon Le, Jane Miller

Jane E. Miller
Attorney for Chapter 13
Trustee Huon Le
GA. Bar No. 256304

If applicable:

_____    Creditor's Counsel
Debtor

_____    Creditor's Counsel
Debtor

Debtor's(s') Counsel    Creditor's Counsel
Matthew James Durian

Revised 12/1/2017    Form 2017-4-A

75