# United States Bankruptcy Court
SOUTHERN DISTRICT OF GEORGIA

In the matter of:  )
)
Randale Lamar Washington & )
Angela Sherise Washington, )
)  Chapter 13   Case No. 19-10023
Debtor(s) )
)
)

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Pursuant to 11 U.S.C. § 1329, a proposed modification to the plan has been filed in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected.

"Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection." 11 U.S. C. § 1323(c) (made applicable by § 1329(b)(1)).

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service, pursuant to Fed. R. Bankr. P. 3015(h).

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.  You must also send a copy of your objection to the Proponent(s) of the modification.  If a timely objection is filed, you will receive notice of the date, time and place of a hearing.  If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: January 6, 2021                              /s/ Matthew James Duncan
                                                   Attorney for Proponent(s) of Modification

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

Revised 1/2/18

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re: **Randale Lamar Washington &**       Chapter **13**
       **Angela Sherise Washington,**      Case No. **19-10023**
       Debtor(s).

### MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. **Randale Lamar Washington and Angela Sherise Washington**, the Proponent(s) of the modification, file(s) this motion to modify the plan confirmed previously in this case as follows:

    a. Increase payments as follows:

    b. Decrease payments as follows: $170.00 per month

    c. Surrender of Collateral. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of this proposed modification. The Proponent(s) request(s) that upon confirmation of the plan, as modified, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of the plan if the creditor amends its previously-filed, timely claim within 180 days from the entry of the order confirming this proposed modification or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

    | CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
    |---|---|---|
    | Dick Smith Auto Sales | 2004 Dodge Ram | In full satisfaction of proof of claim 12, and any and all related claims and causes of action |

    d. Other Provisions: General unsecured creditors to be paid a dividend of $0.00 and 0%.

2. Proponent(s) assert(s) as the basis for the modification the following facts: The 2004 Dodge Ram was totaled in an accident.

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

|  |  |
|---|---|
| <u>January 6, 2021</u> | <u>/s/ *Randale Lamar Washington*</u> |
| *Date* | *Proponent 1* |
|  | <u>/s/ *Angela Sherise Washington*</u> |
|  | *Proponent 2* |

Revised 12/1/2017                                                            Form 2017-4-B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:  RANDALE LAMAR WASHINGTON & ANGELA SHERISE WASHINGTON, | CASE NO: 19-10023<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/6/2021, I did cause a copy of the following documents, described below,

Notice of Modification of Chapter 13 Plan after Confirmation; and Modification to Chapter 13 Plan after Confirmation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/6/2021

/s/ Kathryn A. Brow Aho
Kathryn A. Brow Aho  425482
Duncan & Brow, Attorneys at Law, LLLP
2608 Commons Boulevard, Suite A
Augusta, GA  30909
706 755 2928

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:  RANDALE LAMAR WASHINGTON & ANGELA SHERISE WASHINGTON, | CASE NO: 19-10023<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 1/6/2021, a copy of the following documents, described below,

Notice of Modification of Chapter 13 Plan after Confirmation; and Modification to Chapter 13 Plan after Confirmation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/6/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kathryn A. Brow Aho
Duncan & Brow, Attorneys at Law, LLLP
2608 Commons Boulevard, Suite A
Augusta, GA  30909

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF E-SERVICE" ACCEPTED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
113J1
CASE 19-10023-SDB
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA
WED JAN 6 14-53-54 EST 2021

ABC LOANS
4011 COLUMBIA RD
AUGUSTA GA 30907-2221

AU MEDICAL ASSOCIATES
CO NATIONWIDE RECOVERY SERVICE
PO BOX 8005
CLEVELAND TN 37320-8005

AARONS
2620 GEORGETOWN DR
AUGUSTA GA 30906-7002

AFNI
PO BOX 3097
BLOOMINGTON IL 61702-3097

AMERICAN MEDICAL COLL
4 WESTCHESTER PLAZA
ELMSFORD NY 10523-1615

ASSOCIATED CREDIT UNION
6251 CROOKED CREEK RD
PEACHTREE CORNERS GA 30092-3107

EXCLUDE
KATHRYN A BROW AHO
DUNCAN - BROW ATTORNEYS AT LAW LLLP
2600 COMMONS BLVD
STE A
AUGUSTA GA 30909-2080

CAPIO PARTNERS
2222 TEXOMA PARKWY
STE 150
SHERMAN TX 75090-2481

CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

CREDIT CENTRAL
662 BROAD STREET
AUGUSTA GA 30901-1436

CREDIT CENTRAL LLC
700 E NORTH ST SUITE 15
GREENVILLE SC 29601-3013

CREDIT MANAGEMENT
PO BOX 1182888
CARROLLTON TX 75011

DFCS OFFICE
2216 BUNGALOW RD
AUGUSTA GA 30906-2382

CM/ECF E-SERVICE
DICK SMITH AUTO SALES
3125 MIKE PADGETT HWY
AUGUSTA GA 30906-3743

DICK SMITH AUTO SALES LLC
ATTN OFFICERAGENT
3125 MIKE PADGETT HIGHWAY
AUGUSTA GA 30906-3743

DIRECT LOAN SVC SYSTEM
ATTN OFFICERAGENT
PO BOX 5609
GREENVILLE TX 75403-5609

FIRST PREMIER
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

RANDOLPH FRAILS
RANDOLPH FRAILS PC
211 PLEASANT HOME RD STE A-1
AUGUSTA GA 30907-0519

GEORGIA DEPARTMENT OF HUMAN SERVICES
OFFICE OF INSPECTOR GENERALBIRU
2 PEACHTREE STREET NW SUITE 30-415
ATLANTA GA 30303-3141

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

NATHAN EDWARD HUFF
CLEARY WEST HAWKINS LLP
1223 GEORGE C WILSON DRIVE
AUGUSTA GA 30909-4502

IRS
PO BOX 7317
PHILADELPHIA PA 19101-7317

CM/ECF E-SERVICE
HUON LE
PO BOX 2127
AUGUSTA GA 30903-2127

MARINER FINANCE
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

NATIONWIDE RECOVERY
545 INMAN ST
CLEVELAND TN 37311

EXCLUDE
OFFICE OF THE U S TRUSTEE
JOHNSON SQUARE BUSINESS CENTER
2 EAST BRYAN STREET STE 725
SAVANNAH GA 31401-2638

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case:19-10023-SDB Doc#:62 Filed:01/06/21 Entered:01/06/21 15:01:39 Page:6 of 7

| | | |
|---|---|---|
| PIONEER CREDIT<br>8211 TOWN CENTER DR<br>NOTTINGHAM MD 21236-5904 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PROFESSIONAL DEBT MEDIATION<br>7948 BAYMEADOWS WAY<br>2ND FLOOR<br>JACKSONVILLE FL 32256-8539 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CF MEDICAL LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RICHMOND COUNTY DEPT OF FAMILY AND<br>CHILDREN<br>SERVICES<br>PO BOX 2277<br>AUGUSTA GA 30903-2277 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| US AUTO CREDIT PURCHSING<br>701 RIVERSIDE PARK PL<br>STE 200<br>JACKSONVILLE FL 32204-3342 | UNITED STATES ATTORNEY<br>PO BOX 2017<br>AUGUSTA GA 30903-2017 | UNIVERSITY HEALTH SERVICES INC<br>ATTN COLLECTIONS DIVISION<br>620 THIRTEENTH ST<br>AUGUSTA GA 30901-1008 |
| VERIZON<br>PO BOX 650051<br>DALLAS TX 75265-0051 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | ~~EXCLUDE~~<br>~~ANGELA SHERISE WASHINGTON~~<br>~~1927 ROBERSON RD~~<br>~~AUGUSTA GA 30906-3764~~ |
| ~~EXCLUDE~~<br>~~RANDALE LAMAR WASHINGTON~~<br>~~1927 ROBERSON RD~~<br>~~AUGUSTA GA 30906-3764~~ | CM/ECF E-SERVICE<br>EDWIN A WILSON<br>FRAILS  WILSON<br>211 PLEASANT HOME RD<br>SUITE A-1<br>AUGUSTA GA 30907-0519 | WORLD FINANCE CO<br>POB 6429<br>GREENVILLE SC 29606-6429 |

THE FOLLOWING ENTITIES WERE SERVED VIA THE "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING (NEF) SYSTEM.

```
(Special Counsel)                    (Debtor)                              (Joint Debtor)
Edwin A Wilson                       Randale Lamar Washington              Angela Sherise Washington
Frails & Wilson                      1927 Roberson Rd                      1927 Roberson Rd
211 Pleasant Home Rd.                Augusta, GA 30906                     Augusta, GA 30906
Suite A-1                            represented by:                       represented by:
Augusta, GA 30907                    Kathryn A. Brow Aho                   Kathryn A. Brow Aho
represented by:                      Duncan & Brow Attorneys at Law, LLLP  Duncan & Brow Attorneys at Law, LLLP
Randolph Frails                      2608 Commons Blvd                     2608 Commons Blvd
Randolph Frails, PC                  STE A                                 STE A
211 Pleasant Home Rd, Ste A-1        Augusta, GA 30909                     Augusta, GA 30909
Augusta, GA 30907
                                     office@duncanbrow.com                 office@duncanbrow.com
randyfrails@frailswilsonlaw.com




Office of the U. S. Trustee          (Trustee)                             (Creditor)
Johnson Square Business Center       Huon Le                               Dick Smith Auto Sales, LLC
2 East Bryan Street, Ste 725         P.O. Box 2127                         represented by:
Savannah, GA 31401                   Augusta, GA 30903                     Nathan Edward Huff
(U. S. Trustee)                      represented by:                       Cleary, West & Hawkins, LLP
                                     Huon Le                               1223 George C. Wilson Drive
Ustpregion21.sv.ecf@usdoj.gov        P.O. Box 2127                         Augusta, GA 30909
                                     Augusta, GA 30903
                                                                           nhuff@cwhllp.com
                                     notices@chp13aug.org




(Creditor)
Dick Smith Auto Sales LLC
Attn: Officer/Agent
3125 Mike Padgett Highway
Augusta, GA 30906
```